[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10868
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 6, 2010
JOHN LEY
CLERK

D.C. Docket No. 9:08-cr-80004-DMM-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAUL ACUNA-ACOSTA,
a.k.a. El Guero,
a.k.a. El Primo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 6, 2010)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Saul Acuna-Acosta in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Acuna-Acosta's conviction and sentence are **AFFIRMED**.